IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG HA, | No. M 13-80283 CW |
|     Plaintiff, | ORDER RETURNING DOCUMENTS TO PLAINTIFF |
|   v. | |
| JASON R. MADDY, BRIGITTE LOSSING, and DOES 1 TO 25, | |
|     Defendants. | |

    On February 7, 2014, this Court entered an order returning without filing the complaint in this miscellaneous case. The Court noted that Plaintiff Hung Ha had previously been declared a vexatious litigant and was subject to a pre-filing order. The Court found that the complaint was frivolous and failed to state a claim upon which relief could be granted. Accordingly, the Court denied Plaintiff leave to file the complaint.

    Ha has now submitted a number of documents seeking various relief. However, Ha does not have a case pending in this Court. Accordingly, the Court directs the Clerk to return the documents to Ha. No further filing shall be entertained in this miscellaneous case.

    IT IS SO ORDERED.

Dated: 2/28/2014

CLAUDIA WILKEN
United States District Judge